IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 2: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-2334 Ml/P |
| HIGHLAND CAPITAL HOLDING CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

The parties having shown that all matters and things in controversy between them have been compromised and settled, the Motion for Dismissal filed September 22, 2005, is GRANTED and this matter is hereby DISMISSED without prejudice. The parties have thirty (30) days within which to reopen the matter if the settlement is not consummated.

ENTERED this 26 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-26-05

(21)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02334 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Scott K. Haight
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT