FILED BY ___ D.C.

05 SEP 26 PM 2:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

HIGLAND CAPITAL MANAGEMENT
CORPORATION

**JUDGMENT IN A CIVIL CASE**

VS

HIGHLAND CAPITAL HOLDING
CORPORATION

**CASE NO: 04-2334 Ml/P**

All matters in controversy having been resolved by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed September 26, 2005, this case is DISMISSED without prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 26 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02334 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Scott K. Haight
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT